UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO:

SULEIMAN AGWAH and
ZAIN BEAUTY SUPPLY, INC.,

    Plaintiffs,

v.

BLACKBOARD INSURANCE COMPANY,

    Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant Blackboard Insurance Company, in accordance with 28 U.S.C. § 1332(a), removes the action now pending in the Circuit Court of the Tenth Judicial Circuit, in and for Polk County, Florida, styled *Suleiman Agwah and Zain Beauty Supply v. Blackboard Insurance Company*, case number 532023CA000007000000 (the "State Court Action"), in which Plaintiffs Suleiman Agwah and Zain Beauty Supply demand judgment against Blackboard. In support of removal, Blackboard asserts the following:

1. Plaintiffs brought the State Court Action against Blackboard to recover insurance proceeds under a commercial property policy for allegedly covered damage to their property.

2. On January 12, 2023, Plaintiffs served Blackboard with their complaint in the State Court Action.

3. In their complaint, Plaintiffs allege that the property sustained covered damage in the amount of $81,384.75. A copy of Plaintiff's complaint is attached as Exhibit 1, ¶ 7.

4. There is complete diversity among the parties. The declaration of Joel McNabney is attached as Exhibit 2.

5. Venue in this Court is proper because the State Court Action is pending in Polk County Circuit Court, which falls within the Tampa Division of the United States District Court for the Middle District of Florida.

6. Accordingly, the State Court Action is removable pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446(b)(3) because the parties are completely diverse and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## COMPLETE DIVERSITY

7. Blackboard is a Delaware corporation with its principal place of business in New York. *See* Exhibit 2.

8. Consequently, Blackboard is a citizen of Delaware and New York.

9. Plaintiffs are Florida citizens.

10. As a result, there is complete diversity among the parties.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000

11. In an insurance coverage dispute, the amount in controversy for jurisdictional purposes is the amount allegedly due under the insurance policy. *See, e.g.*, *Miami Beach Yacht Corp. v. Ferro Corp.*, 461 F.2d 770, 771-72 (5th Cir. 1972).

12. The amount in controversy is not a measure of a plaintiff's likelihood of success on the merits or the amount it is likely to recover. Instead, the amount in controversy is the amount a plaintiff claims to be owed or is otherwise seeking in the lawsuit. *See Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 751 (11th Cir. 2010) ("The amount in controversy is not proof of the amount the plaintiff will recover. Rather, it is an estimate of the amount that will be put at issue in the course of the litigation.").

13. Further, "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy." *Mitzelfeld v. Safeco Ins. Co. of Illinois*, 9:15-CV-80381, 2015 WL 11348283, at *1 (S.D. Fla. May 22, 2015) (quoting 28 U.S.C. § 1446(c)(2)). Accordingly, "if the jurisdictional amount is either stated clearly on the face of the [complaint] before the court, or readily deducible from [it], then the

Court has jurisdiction." *Co. Prop. & Cas. Ins. Co. v. Metal Roofing Sys.*, 13-60659-CIV, 2013 WL 5770730, at *3 (S.D. Fla. Oct. 24, 2013).

14. Here, Plaintiffs' complaint alleges that Blackboard breached its insurance policy by failing to pay for the covered damage to the property. *See* Exhibit 1, ¶¶ 13, 19-21.

15. And Plaintiffs expressly allege that the amount of the covered damage to the property is $81,384.75. *Id.* ¶ 7.

16. In other words, Plaintiffs are seeking $81,384.75 from Blackboard under the subject insurance policy in this lawsuit.

17. As a result, the jurisdictional threshold of $75,000 for the amount in controversy has been reached.

## ALL PROCEDURAL REQUIREMENTS HAVE BEEN MET

18. Copies of all process, pleadings, and orders served on Blackboard, and such other papers that are exhibits as required by 28 U.S.C. § 1446(a), are attached as Composite Exhibit 3.

19. Pursuant to 28 U.S.C. § 1446(b)(1), this notice is filed on this 9th day of February 2023, within thirty days of January 12, 2023, the date on which Plaintiffs served Blackboard with the complaint in which they seek more than $75,000.

**WHEREFORE**, Blackboard respectfully requests that this Court exercise jurisdiction over this matter, and for such other and further relief the Court deems just and necessary.

Dated: February 9, 2023              Respectfully submitted,

/s/ Joel L. McNabney
Eugene P. Murphy
Fla. Bar No. 638501
emurphy@rc.com
Joel L. McNabney
Fla. Bar No. 106507
jmcnabney@rc.com
**ROBINSON & COLE LLP**
777 Brickell Avenue, Suite 680
Miami, Florida 33131
T. (786) 725-4120
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and, as a result, service was made on the party identified below.

/s/ Joel L. McNabney

## SERVICE LIST

Sara Schafer, Esq.
Jennifer Ross, Esq.
**The Professional Law Group, PLLC**
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Tel: (954) 284-0900
sschafer@theprolawgroup.com
jross@theprolawgroup.com
saraeservice@theprolawgroup.com
*Attorneys for Plaintiffs*